IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Paul L. Williams,  :
        Petitioner(s),  :
                                                 :  Case Number: 1:11cv448
vs.  :
                                                 :  Chief Judge Susan J. Dlott
Warden, Chillicothe Correctional Institution,  :
        Respondent(s).  :

ORDER

        The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 11, 2012 (Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 29, 2012, hereby ADOPTS said Report and Recommendation.

        Accordingly, respondent's motion to dismiss (Doc. 6) is **GRANTED**, and petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 3) is **DISMISSED** with prejudice on the ground that it is time-barred under 28 U.S.C. § 2244(d).

        A certificate of appealability will not issue with respect to any claims alleged in the petition, which this Court has concluded is barred from review on a procedural ground, because under the first prong of the applicable two-part standard enunciated in *Slack v. McDaniel,* 529 U.S. 473, 484-85 (2000), "jurists of reason " will not find it debatable whether the Court is correct in its procedural ruling.

        With respect to any application by petitioner to proceed on appeal *in forma pauperis,* the Court will certify pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting the

Report and Recommendation will not be taken in "good faith," and therefore **DENY** petitioner leave to appeal *in forma pauperis* upon a showing of financial necessity.  *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman,* 117 F.3d 949, 952 (6th Cir. 1997).

    IT IS SO ORDERED.

                              ___s/Susan J. Dlott_____
                              Chief Judge Susan J. Dlott
                              United States District Court